**Order entered March 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00650-CR

### QUINTRICK DELANERO BICKHAM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F16-76654-H**

## ORDER

Appellant's brief was due December 27, 2017. We granted appellant's motion for an extension of time and ordered the brief due by January 26, 2018. When the brief was not filed, we notified appellant by postcard dated January 29, 2018 to file his brief along with a motion to extend time within ten days. To date, no brief has been filed and we have had no communication from appellant.

We therefore **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the

trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copies of this order to the Honorable Robert Burns, Presiding Judge, Criminal District Court No. 1, to Valencia Bush, and to the Dallas County District Attorney's Office.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/  LANA MYERS
    JUSTICE